

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00639-CV

_____

IN RE FABIAN THOMAS, Relator

Original Proceeding
481st District Court of Denton County, Texas
Trial Court No. 24-10979

Before Kerr, Bassel, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: November 25, 2025